People v Diaz (2023 NY Slip Op 50107(U))

[*1]

People v Diaz (Juliana)

2023 NY Slip Op 50107(U)

Decided on February 16, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 16, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570042/15

People of the State of New York, Respondent,
against
Juliana Diaz, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Shawn T. Kelly, J.), rendered October 9, 2014, after a nonjury trial, convicting her of attempted assault in the third degree, harassment in the second degree and disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (Shawn T. Kelly, J.), rendered October 9, 2014, affirmed.
The verdict convicting the defendant of attempted assault in the third degree (see Penal Law §§ 110.00, 120.00[1]) and harassment in the second degree (see Penal Law § 240.26[1]) was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its rejection of defendant's version of events. The evidence warranted the conclusion that when defendant grabbed the school safety agent and scratched her approximately six times, causing several bloody lacerations to the victim's chest, defendant did so with the intent to cause physical injury (see Penal Law § 120.00[1]; Matter of Edward H., 61 AD3d 473 [2009]; Matter of Marcel F., 233 AD2d 442, 442-443 [1996]), and with the intent to harass, annoy or alarm (see Penal Law § 240.26; People v Mack, 76 AD3d 467, 468 [2010], lv denied 15 NY3d 922 [2010]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 16, 2023